# EXHIBIT B

Form 2 - AFFIDAVIT OF SERVICE

P5081948

**CAITLIN ROBIN & ASSOC PLLC**  Julie Larsen
SUPREME COURT BRONX COUNTY STATE OF NEW YORK

SHAKEENA GAILLARD, AS PROPOSED ADMINISTRATOR OF THE ESTATE OF
PIERRE CANN

index No. **811357/2021E**

PLAINTIFF

Date Filed
Office No.
Court Date.

- vs -

THE CITY OF NEW YORK, ET AL

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **08TH** day of **SEPTEMBER 2021, 10:44AM** at

**4111 LACONIA AVENUE
NYPD 47TH PRECINCT
BRONX, NY 10466**
I served the **SUMMONS AND VERIFIED COMPLAINT, JURY TRIAL DEMANDED, ATTORNEY'S VERIFICATION, NOTICE OF ELECTRONIC FILING,** upon **POLICE OFFICER DWAYNE CARTER, SHIELD NO. 3894, the DEFENDANT,** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SGT. (JANE) NIEVES (REFUSED FULL NAME), CO-WORKER,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE**    COLOR: **BROWN** HAIR: **BLACK**
APP.AGE: **30-40** APP. HT: **5'5** APP. WT: **145**
OTHER IDENTIFYING FEATURES

On **09/10/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
10TH day of SEPTEMBER, 2021

_signature_

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

_signature_

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-CRPLLC-5081948

2a

Index No. 811357/2021E

SUPREME COURT BRONX COUNTY STATE OF NEW YORK

=================================================================

SHAKEENA GAILLARD, AS PROPOSED ADMINISTRATOR OF THE ESTATE OF PIERRE CANN

              PLAINTIFF

    - against -
THE CITY OF NEW YORK, ET AL

              DEFENDANT

=================================================================

SUMMONS AND VERIFIED COMPLAINT, JURY TRIAL DEMANDED, ATTORNEY'S VERIFICATION, NOTICE OF ELECTRONIC FILING,


=================================================================

CAITLIN ROBIN & ASSOC PLLC


30 BROAD STREET, SUITE 702

NEW YORK, NY 10004


(646)524-6057