# EXHIBIT C

P5081930

Form 27 - AFFIDAVIT OF SERVICE

**CAITLIN ROBIN & ASSOC PLLC**    Julie Larsen
SUPREME COURT BRONX COUNTY STATE OF NEW YORK

SHAKEENA GAILLARD, AS PROPOSED ADMINISTRATOR OF THE ESTATE OF
PIERRE CANN

index No. **811357/2021E**

PLAINTIFF

- vs -

Date Filed
Office No.

THE CITY OF NEW YORK, ET AL

Court Date.

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **24TH** day of **AUGUST, 2021 10:18AM** at

**100 CHURCH STREET**

**NEW YORK NY 10007**

I served a true copy of the **SUMMONS AND VERIFIED COMPLAINT, JURY TRIAL DEMANDED, ATTORNEY'S VERIFICATION, NOTICE OF ELECTRONIC FILING,** upon **THE CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **BETTY MAZYCK, CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **BROWN** HAIR: **GREY**
APP.AGE: **65** APP. HT: **5''6** APP. WT: **200**
OTHER IDENTIFYING FEATURES

Sworn to before me this
25TH day of AUGUST, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ERIC GOLDKLANK DCA LIC #1298914
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-CRPLLC-5081930

2a

1 of 3

===================================================================

Index No. 811357/2021E

SUPREME COURT BRONX COUNTY STATE OF NEW YORK

===================================================================

SHAKEENA GAILLARD, AS PROPOSED ADMINISTRATOR OF THE ESTATE OF PIERRE CANN

                    PLAINTIFF

         - against -
THE CITY OF NEW YORK, ET AL

                    DEFENDANT
===================================================================

SUMMONS AND VERIFIED COMPLAINT, JURY TRIAL DEMANDED, ATTORNEY'S VERIFICATION, NOTICE OF ELECTRONIC FILING,


===================================================================

CAITLIN ROBIN & ASSOC PLLC


30 BROAD STREET, SUITE 702

NEW YORK, NY 10004


(646)524-6057

P5081930

Form 27 - AFFIDAVIT OF SERVICE

**CAITLIN ROBIN & ASSOC PLLC**  Julie Larsen
SUPREME COURT BRONX COUNTY STATE OF NEW YORK

SHAKEENA GAILLARD, AS PROPOSED ADMINISTRATOR OF THE ESTATE OF PIERRE CANN

index No. **811357/2021E**

PLAINTIFF

Date Filed

- vs -

Office No.

THE CITY OF NEW YORK, ET AL

Court Date.

DEFENDANT

STATE OF **NEW YORK,** COUNTY OF **NEW YORK**  :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **24TH** day of **AUGUST, 2021 10:18AM** at

**100 CHURCH STREET**

**NEW YORK NY 10007**

I served a true copy of the **SUMMONS AND VERIFIED COMPLAINT, JURY TRIAL DEMANDED, ATTORNEY'S VERIFICATION, NOTICE OF ELECTRONIC FILING,** upon **THE CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **BETTY MAZYCK, CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **BROWN** HAIR: **GREY**

APP.AGE: **65** APP. HT: **5''6** APP. WT: **200**

OTHER IDENTIFYING FEATURES

Sworn to before me this
25TH day of AUGUST, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ERIC GOLDKLANK DCA LIC #1298914
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-CRPLLC-5081930

2a