UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKEENA GAILLARD, as Proposed
Administrator of the Estate of PIERRE CANN,

                        Plaintiff,

            -against-

THE CITY OF NEW YORK, POLICE OFFICER
DWAYNE CARTER, SHIELD No. 3894, and
POLICE OFFICERS JOHN DOES NUMBERS
ONE THROUGH TEN,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/5/2022
```

21 Civ. 8324 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 19, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by April 6, 2022. ECF No. 7. Those submissions are now overdue. Accordingly, by **May 11, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 5, 2022
       New York, New York

_____
        ANALISA TORRES
    United States District Judge