

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2022

Wednesday, May 11, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street.,
New York, NY 10007-1312

      Re:    Gaillard v. City of New York, et al.
               21 Civ. 8324 (AT)

Your Honor:

We represent Plaintiff in the above-captioned matter. The Parties write jointly to respectfully request a one-week extension of the Court's May 5, 2022 order to submit a joint letter and proposed case management plan for this case.

Unfortunately, defense counsel has contracted COVID-19 and is symptomatic, thereby preventing the parties from meaningfully conferring in the drafting of a case management plan in accordance with the Court's order. Therefore, parties jointly and respectfully request a one (1) week extension of the May 11, 2022 deadline for submission to May 18, 2022.

GRANTED.

SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge