```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SHAKEENA GAILLARD, as Proposed
Administrator of the Estate of PIERRE CANN,

                            Plaintiff,

        -against-                                      21 Civ. 8324 (AT)

THE CITY OF NEW YORK, POLICE OFFICER                   **ORDER**
DWAYNE CARTER, SHIELD No. 3894, and
POLICE OFFICERS JOHN DOES NUMBERS
ONE THROUGH TEN,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/21/2022_

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint letter dated September 20, 2022. ECF No. 25. On August 10, 2022, the Court granted Defendants' request to file a motion for judgment on the pleadings Federal Rule of Civil Procedure 12(c). ECF No. 20. In the parties' joint letter, Defendants indicate that they now anticipate filing a motion for summary judgment under Federal Rule of Civil Procedure 56 instead of a motion for judgment on the pleadings. ECF No. 25. Accordingly, the briefing schedule set in the Court's August 10, 2022 order is VACATED.

      Defendants shall move for leave to file a summary judgment motion in accordance with the Court's Individual Practices in Civil Cases.

      SO ORDERED.

Dated: September 21, 2022
       New York, New York

ANALISA TORRES
United States District Judge