```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
SHAKEENA GAILLARD, as Proposed
Administrator of the Estate of PIERRE CANN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
DWAYNE CARTER, SHIELD No. 3894, and
POLICE OFFICERS JOHN DOES NUMBERS
ONE THROUGH TEN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/5/2022_

21 Civ. 8324 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 21, 2022, the Court ordered Defendants to file a pre-motion letter for their anticipated summary judgment motion in accordance with the Court's Individual Practices in Civil Cases. ECF No. 26. Under the case management plan, the parties were required to file any applications "within fourteen (14) days of the close of fact discovery." ECF No. 17 ¶ 16. Fact discovery in this action closed on November 18, 2022. Defendants did not file their submissions by December 2, 2022. Accordingly, by **December 9, 2022**, the parties shall file a joint status letter updating the Court on this action, including whether Defendants still intend to move for leave to file a summary judgment motion.

      SO ORDERED.

Dated: December 5, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge